## 33425. DENMARK v. DENMARK.

FELTON, J. Where a demurrer to a motion to open a default is overruled, a direct bill of exceptions to the overruling of such demurrer, which does not assign error on a final judgment, is prematurely brought, and this court is without jurisdiction to entertain it. *Ryles* v. *Moore*, 191 *Ga.* 661 (13 S. E. 2d, 672), and cases cited.

    *Writ of error dismissed. Sutton, C.J., and Worrill, J., concur.*

    DECIDED MARCH 15, 1951.

*T. Ross Sharpe*, for plaintiff in error.

*J. Ellis Pope, Steve M. Hall, Jackson & Graham*, contra.